IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CONTINENTAL CASUALTY COMPANY,** | ) | **CASE NO. 8:07CV292** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER OF RECUSAL** |
| | ) | |
| **JEFFREY ORR, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."

Upon review of the Court file in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

**IT IS SO ORDERED.**

DATED this 11th day of January 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge