IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CONTINENTAL CASUALTY COMPANY,** | ) | |
| | ) | **8:07CV292** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JEFFREY ORR, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the recusal of Magistrate Judge F.A. Gossett, III, (Filing No. 35), and the reassignment order of Chief U.S. District Judge Joseph F. Bataillon (Filing No. 36), the case has been reassigned to the undersigned magistrate judge for the purposes of pretrial management.  The November 1, 2007 order set a telephone planning conference with Magistrate Judge Gossett on January 17, 2008, at 10:00 a.m.  **See** Filing No. 31.  The telephone planning conference will now be with the undersigned magistrate judge on the same date and time, **January 17, 2008, at 10:00 a.m.**  The telephone number to use for the telephone conference is 402-661-7343.  Plaintiff's counsel is directed to initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 11th day of January, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge