# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, an Illinois Corporation, | ) ) ) | CASE NO. 8:07CV292 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| JEFFREY ORR, Individually, BRADLEY D. HOLBROOK, Individually, JEFFREY JACOBSEN, Individually, JACOBSEN, ORR, NELSON, WRIGHT AND LINDSTROM, P.C., a Nebraska Professional Corporation, STEVE SICKLER, Individually, CATHY METTENBRINK, Individually, BARISTA'S COMPANY, INC., a Nebraska Corporation, BARISTA'S & FRIENDS, INC., a Nebraska Corporation, CUP-O-COA, INC., a Nebraska Corporation, and W.E. CORPORATION, a Nebraska Limited Liability Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

The Joint Stipulation of Undisputed Facts (Filing No. 45) is accepted by the Court, in light of the Declaration of Richard J. Rensch (Filing No. 60, pp. 29-30) on behalf of the Sickler Action Defendants, joining in the stipulation.

IT IS ORDERED:

    1.    The Joint Stipulation of Undisputed Facts (Filing No. 45) is accepted.

Dated this 22nd day of May, 2008.

                                    BY THE COURT:

                                    s/Laurie Smith Camp
                                    United States District Judge